IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT GERSHONE FOUSHEE**

*Petitioner*,

v.  Case No.: 4:25cv165-MW/MJF

**SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,**

*Respondent*.
_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. This Court has also reviewed the docket and notes that Petitioner has failed to comply with ECF No. 12, which afforded Petitioner an additional opportunity to file a second amended petition and application for leave to proceed *in forma pauperis*. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISEED without prejudice** for failure to prosecute and failure to comply with Court Orders."

The Clerk shall close the file.

    **SO ORDERED on October 16, 2025.**

                                        <u>**s/Mark E. Walker**</u>
                                        **United States District Judge**